☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Willie James Lott, Sr.**                                   Case No.

Debtors:                                                             Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**   (1) **18 E. Mitchell Road**                 (2) _____
                    **Memphis, TN 38109**

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **248.00**   (✓) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ✓ PAYROLL DEDUCTION From: **Brock Services, LLC**       OR ( ) DIRECT PAY
                                  **2892 Southway Dr.**
                                  **Memphis, TN 38118**

   **Debtor(2)** shall pay $ _____   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ☐ PAYROLL DEDUCTION From: _____                    OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]               ✓ YES    ☐ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION                ✓ YES    ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].             ☐ YES    ✓ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ✓ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                Monthly Plan Payment:

                     Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
**None**             ongoing payment begins _____                  $ _____
                     Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**Department of Treasury/IRS**          Amount **3,018.03**             $ **51.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ✓ Paid by Trustee to:

**Wells Fargo Home**    ongoing payment begins  **4/2020**              $**495.00**
**Mortgage**
                        Approximate arrearage:  **0.00**       Interest _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
   **SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]       Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**Department of Treasury/IRS**          **$12,000.00**          **3.0**             **$216.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                     Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Wells Fargo Home Mortgage (ongoing escrow payments) | $9,757.80 | 0.00 | $162.63 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None         ☐ Not provided for   **OR**   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $166.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☑  100  **%, OR,**
☐  **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                      ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

*Debtor to pay escrow account account payments on Wells Fargo mortgage through the plan at $162.63 per month.

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ William W. Newell                                    Date February 21, 2020
William W. Newell 34031
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)