UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 20-21397 |
| WILLIE JAMES LOTT, SR., | Chapter 13 |
| DEBTOR(S). | |

**OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION REGARDING REAL PROPERTY LOCATED AT 18 EAST MITCHELL RD, MEMPHIS, TENNESSEE 38109**

*COMES NOW* Wells Fargo Bank, N.A., for just cause, and files this written objection to confirmation pursuant to 11 USC § 1324. Wells Fargo Bank, N.A. objects and asks that a hearing be held and for grounds says that the plan does not include mortgage arrears, despite arrears being owed in the approximate amount of $7,694.11; and the plan improperly treats the escrow as an unsecured debt.

*WHEREFORE*, PREMISES CONSIDERED, Creditor prays:

1. That confirmation be denied.

2. That Wells Fargo Bank, N.A. be awarded its attorney fees and costs incurred in this action.

3. For any and all further relief to which it may be entitled.

Respectfully submitted,

*/s/ Jordan Anderson*
Jordan Anderson, Attorney for Creditor, Bar # 036721
joranderson@logs.com |704-609-3496
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation has been electronically served or mailed, postage prepaid on March 9, 2020

    William W. Newell
    Reaves Law Firm, PLLC
    4466 Elvis Presley Blvd. Suite 310
    Memphis, TN 38116

    Willie James Lott Sr.
    18 E. Mitchell Rd
    Memphis, TN 38109

    Sylvia F. Brown
    200 Jefferson Ave. Suite #1113
    Memphis, TN 38103

*/s/ Jordan Anderson*
Jordan Anderson, Attorney for Creditor, Bar # 036721
joranderson@logs.com |704-609-3496
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com